1  James Cai (#200189)
   Brian A. Barnhorst (#130292)
2  **SAC ATTORNEYS LLP**
   1754 Technology Drive, Suite 122
3  San Jose, California 95110
   Telephone: (408) 436-0789
4  Facsimile: (408) 436-0758

5  Attorneys for Plaintiff
   **eTopus Technology, Inc.**

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9                        SAN FRANCISCO DIVISION

10

11 | ETOPUS TECHNOLOGY, INC., a | Case No.: 4:23-cv-06594-HSG
12 | Delaware Corporation, |
13 |                    Plaintiff, | **ORDER GRANTING MOTION TO REMOVE INCORRECTLY FILED DOCUMENT: DOCUMENT NO. 32**
14 | v. |
15 | Hanli Liu, an individual, and DOES 1-20, inclusive | Judge: Hon. Haywood S. Gilliam, Jr.
16 |                    Defendant. |

17

18

19

20

21     ETOPUS TECHNOLOGY, INC has moved this Court to remove incorrectly filed

22 Document No. 32. SAC Attorneys, LLP has filed an incorrect document.

23     Finding good cause thereof, the Court hereby grants ETOPUS TECHNOLOGY, INC's

24

25 Motion to Remove Incorrectly Filed Document [Document No. 32] and orders that it be

26 removed from the publicly available docket.

27

28
                                        1
ORDER GRANTING MOTION TO REMOVE INCORRECTLY FILED DOCUMENT:
DOCUMENT NO. 32
                          Case No. 4:23-cv-06594-HSG

**IT IS ORDERED**

Dated: _____4/18/2024_____    _____*Haywood S. Gilliam Jr.*_____
                                Honorable Haywood S. Gilliam, Jr.
                                United States District Judge