UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ETOPUS TECHNOLOGY, INC.,

    Plaintiff,

v.

HANLI LIU,

    Defendant.

Case No. 23-cv-06594-HSG

**SCHEDULING ORDER**

A case management conference was held on May 28, 2024. Having considered the parties' proposal, *see* Dkt. No. 37, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | July 26, 2024 |
| Close of Fact Discovery | October 25, 2024 |
| Exchange of Opening Expert Reports | November 15, 2024 |
| Exchange of Rebuttal Expert Reports | December 6, 2024 |
| Close of Expert Discovery | January 3, 2025 |
| Dispositive Motion Hearing Deadline | March 6, 2025, at 2:00 p.m. |
| Pretrial Conference | June 10, 2025, at 3:00 p.m. |
| Jury Trial (5 days) | June 23, 2025, at 8:30 a.m. |

//
//
//
//

1  These dates may only be altered by order of the Court and only upon a showing of good
2  cause. The parties are directed to review and comply with this Court's standing orders.
3  **IT IS SO ORDERED.**
4  Dated: 5/30/2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge